UNITED STATES of America,
Plaintiff–Appellee,

v.

Samuel D. BENCOSME, also known as
Samuel De Jesus Bencosme De La
Cruz, Defendant–Appellant.

No. 03–40154.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

May 4, 2004.

Kerry M. Klintworth, Assistant US Attorney, US Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Richard J. Clarkson, Beaumont, TX, for Defendant–Appellant.

Before SMITH, DeMOSS and STEWART, Circuit Judge.

PER CURIAM.*

Samuel D. Bencosme entered a conditional guilty plea to possession of cocaine with intent to distribute the same. He appeals the district court's denial of his motion to suppress all physical, documentary, and other evidence that was seized after he consented to have his car searched following a traffic stop. Bencosme fails to show that the district court's finding that Bencosme voluntarily consented to the search of his automobile was clearly erroneous. *See United States v.*

*Mendoza–Gonzalez,* 318 F.3d 663, 666 (5th Cir.2003); *United States v. Zucco,* 71 F.3d 188, 191 (5th Cir.1995).

The district court's denial of Bencosme's motion to suppress evidence is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.